UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

LEAH EVELYN MOYER,

            Plaintiff,            No. 1:17-cv-294-JTN-ESC

v.                                       Hon. Janet T. Neff
                                       U.S. District Judge

PROFORMA MECHANICAL INC.,
  d/b/a Crown Jewel Auto, and,
  d/b/a Crown Jewel Auto Sales,
CEBO INVESTMENT GROUP INC., and,
CHRISTOPHER LAWRENCE WAGNER,

            Defendants.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO
ALL PARTIES WHO HAVE APPEARED IN THIS ACTION**

    Pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), plaintiff Leah Evelyn Moyer and defendant Christopher Lawrence Wagner, being all of the parties who have appeared in this action, Stipulate and Agree to its dismissal with prejudice.

    This Dismissal is being filed by *these* parties. The plaintiff has previously filed a voluntary Dismissal (with prejudice) (Dkt. #26 ) pursuant to Fed. R.Civ. P. 41(a)(1)(A)**(i)**, of the remaining other two defendants who have not appeared. Therefore, this concludes the matter.

Dated: August 14, 2017                        Dated: August 14 , 2017

/s/ Anthony J. Valentine
Anthony J. Valentine (P32840)             Christopher Lawrence Wagner
Attorney at Law                                 Defendant
Attorney for Plaintiff                          4786 Bonnie Avenue, SE
Ste. 227, 29 Pearl Street, N.W.           Grand Rapids, MI 49508
Grand Rapids, MI 49503
(616) 288-5410
*tonyvalentinelaw@gmail.com*